Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12636−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gilberto A. Londono
261 East 16th Street
Apt. 1
Paterson, NJ 07524

Angela M. Londono
261 East 16th Street
Apt. 1
Paterson, NJ 07524

Social Security No.:
  xxx−xx−9506                              xxx−xx−5499

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/23/18 and a confirmation hearing on such Plan has been scheduled for 4/5/18.

The debtor filed a Modified Plan on 3/28/18 and a confirmation hearing on the Modified Plan is scheduled for 5/3/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 29, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Gilberto A. Londono
Angela M. Londono
    Debtors

Case No. 18-12636-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Mar 29, 2018
                       Form ID: 186     Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.

```
db/jdb         +Gilberto A. Londono,    Angela M. Londono,    261 East 16th Street,    Apt. 1,
                 Paterson, NJ 07524-2500
517326407      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517326408     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517326424     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,      121 Continental Dr Ste 1,    Newark, DE 19713)
517326410      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517407574       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517326411      +Citifinancia,    Attn: Bankruptcy,    605 Munn Dr,    Fort Mill, SC 29715-8421
517326412      +Comenity Bank/Blair,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517326413      +Comenity Bank/kingsi,    Po Box 182125,    Columbus, OH 43218-2125
517326414      +Comenity Capital Bank/HSN,    Po Box 182125,    Columbus, OH 43218-2125
517326415      +Comenity Capital/mprc,    Po Box 182120,    Columbus, OH 43218-2120
517326416      +Comenitybank/venus,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517326417      +Comenitycapital/mrsota,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517326418      +Convergent Outsourcing, Inc,    Po Box 9004,    Renton, WA 98057-9004
517356101      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517326421      +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                 Sioux Falls, SD 57117-5097
517326423       Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
517326422       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517326427      +Salute/atlanticus,    Po Box 105555,    Atlanta, GA 30348-5555
517326428      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517326432      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517326433      +Tribute/atlanticus,    Pob 105555,    Atlanta, GA 30348-5555
517326435     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,
                 Frederick, MD 21701)
517326434      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:43:05
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517326409      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 30 2018 02:41:22
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
517326419      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 30 2018 02:43:14      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517326420      +E-mail/Text: bnc-bluestem@quantum3group.com Mar 30 2018 02:41:35      Fingerhut,
                 Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517326425      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2018 02:40:48      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517410447      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2018 02:40:48      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517326426       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 02:42:50
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517415509       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 02:43:09
                 Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
517326886      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:43:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517326429      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:43:05      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517326430      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:43:05      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517326431      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 02:42:47      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 29, 2018
                              Form ID: 186             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com
              Paola D. Vera     on behalf of Joint Debtor Angela M. Londono pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Paola D. Vera     on behalf of Debtor Gilberto A. Londono pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```