|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>---<br>McCABE, WEISBERG & CONWAY, LLC<br>By: Alexandra T. Garcia, Esquire (ATG4688)<br>216 Haddon Ave., Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Mortgagee: Bayview Loan Servicing, LLC | Order Filed on July 31, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Gilberto A. Londono and Angela M. Londono<br>Debtors | Case No.: 18-12636-VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

## CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY BAYVIEW LOAN SERVICING, LLC

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: July 31, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtors: Gilberto A. Londono and Angela M. Londono
Case No: 18-12636-VFP
Caption of Order: **CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY BAYVIEW LOAN SERVICING, LLC**

---

THIS MATTER having been brought before the Court by Cabanillas & Associates PC, attorney for Debtors, Gilberto A. Londono and Angela M. Londono, and Bayview Loan Servicing, LLC, by and through its attorneys, McCabe, Weisberg & Conway, LLC having reviewed said Chapter 13 Plan, and the parties having subsequently resolved the differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for cause shown, it is

**ORDERED** as follows:

1. The Second Mortgage associated with Proof of Claim Number 14 held by Bayview Loan Servicing, LLC on the property located 261 East 16th Street, Paterson, New Jersey 07524 in the original amount of $57,556.53 recorded on May 17, 2007 in the Passaic County Recorder's Office, in Mortgage Book M8963 at Page 254 is crammed down to $0.00.

2. For the purposes of this bankruptcy only, the Second Mortgage is wholly unsecured pursuant to 11 U.S.C. §506(a), and the Court may discharge the Second Mortgage upon completion of the following: payment of all amounts required pursuant to the Debtors' confirmed Chapter 13 Plan, and amendments thereto; full administration of the Debtors' present Chapter 13 case; and entry of a Discharge Order pursuant to 11 U.S.C. §1328(a) in the instant Chapter 13 case.

3. Upon completion of the Chapter 13 Plan Bayview will take the necessary steps to remove the lien of record.

4. The Second Mortgage will be void upon discharge of the Debt pursuant to 11 U.S.C. §506(d).

5. This Consent Order shall be void in the event of the following: Debtor converts to a Chapter 7 or Chapter 11 bankruptcy; or the Court dismisses the present Chapter 13 bankruptcy for any reason.

Page 3
Debtors: Gilberto A. Londono and Angela M. Londono
Case No: 18-12636-VFP
Caption of Order: **CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY BAYVIEW LOAN SERVICING, LLC**

6. Debtor and Bayview Loan Servicing, LLC, by and through their counsel, consent to the entry of the within order.

7. This Order shall be incorporated in and become part of any Order confirming Plan in the Debtor's Chapter 13 bankruptcy.

8. Facsimile signature of Debtor's Counsel shall be admissible where Mortgagee's attorney's signature appears in the original.

The undersigned hereby consent to the form, content and entry of the within Order:

_____
Paola D. Vera, Esquire
Cabanillas & Associates PC
120 Bloomingdale Rd., Ste 400
White Plains, NY 10605
*Counsel for Debtors*

_____
Alexandra T. Garcia, Esquire
McCABE, WEISBERG & CONWAY, LLC
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
*Counsel for Bayview Loan Servicing, LLC*