Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------
McCABE, WEISBERG & CONWAY, LLC
By: Alexandra T. Garcia, Esquire (ATG4688)
216 Haddon Ave., Suite 201
Westmont, NJ  08108
856-858-7080
Attorneys for Mortgagee: Bayview Loan Servicing, LLC

In re:

Gilberto A. Londono and Angela M. Londono
                    Debtors

Case No.: 18-12636-VFP

Chapter: 13

Judge: Vincent F. Papalia

## CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY BAYVIEW LOAN SERVICING, LLC

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

DATED: July 31, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtors: Gilberto A. Londono and Angela M. Londono
Case No: 18-12636-VFP
Caption of Order: **CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY BAYVIEW LOAN SERVICING, LLC**

---

THIS MATTER having been brought before the Court by Cabanillas & Associates PC, attorney for Debtors, Gilberto A. Londono and Angela M. Londono, and Bayview Loan Servicing, LLC, by and through its attorneys, McCabe, Weisberg & Conway, LLC having reviewed said Chapter 13 Plan, and the parties having subsequently resolved the differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for cause shown, it is

**ORDERED** as follows:

1. The Second Mortgage associated with Proof of Claim Number 14 held by Bayview Loan Servicing, LLC on the property located 261 East 16th Street, Paterson, New Jersey 07524 in the original amount of $57,556.53 recorded on May 17, 2007 in the Passaic County Recorder's Office, in Mortgage Book M8963 at Page 254 is crammed down to $0.00.

2. For the purposes of this bankruptcy only, the Second Mortgage is wholly unsecured pursuant to 11 U.S.C. §506(a), and the Court may discharge the Second Mortgage upon completion of the following: payment of all amounts required pursuant to the Debtors' confirmed Chapter 13 Plan, and amendments thereto; full administration of the Debtors' present Chapter 13 case; and entry of a Discharge Order pursuant to 11 U.S.C. §1328(a) in the instant Chapter 13 case.

3. Upon completion of the Chapter 13 Plan Bayview will take the necessary steps to remove the lien of record.

4. The Second Mortgage will be void upon discharge of the Debt pursuant to 11 U.S.C. §506(d).

5. This Consent Order shall be void in the event of the following: Debtor converts to a Chapter 7 or Chapter 11 bankruptcy; or the Court dismisses the present Chapter 13 bankruptcy for any reason.

**Page 3**
Debtors: Gilberto A. Londono and Angela M. Londono
Case No: 18-12636-VFP
Caption of Order: **CONSENT ORDER CRAMMING DOWN SECOND MORTGAGE HELD BY BAYVIEW LOAN SERVICING, LLC**

6. Debtor and Bayview Loan Servicing, LLC, by and through their counsel, consent to the entry of the within order.

7. This Order shall be incorporated in and become part of any Order confirming Plan in the Debtor's Chapter 13 bankruptcy.

8. Facsimile signature of Debtor's Counsel shall be admissible where Mortgagee's attorney's signature appears in the original.

The undersigned hereby consent to the form, content and entry of the within Order:

_____
Paola D. Vera, Esquire
Cabanillas & Associates PC
120 Bloomingdale Rd.. Ste 400
White Plains, NY 10605
*Counsel for Debtors*

_____
Alexandra T. Garcia, Esquire
McCABE, WEISBERG & CONWAY, LLC
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
*Counsel for Bayview Loan Servicing, LLC*

United States Bankruptcy Court
District of New Jersey

In re:  
Gilberto A. Londono  
Angela M. Londono  
     Debtors

Case No. 18-12636-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2018  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.  
db/jdb         +Gilberto A. Londono,    Angela M. Londono,    261 East 16th Street,    Apt. 1,       Paterson, NJ 07524-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
         Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         Paola D. Vera    on behalf of Joint Debtor Angela M. Londono pvera@cabanillaslaw.com, bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
         Paola D. Vera    on behalf of Debtor Gilberto A. Londono pvera@cabanillaslaw.com, bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 9