| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on March 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Gilberto A. Londono<br>Angela M. Londono<br><div style="text-align:right">Debtors.</div> | Chapter: 13<br><br>Case No.: 18-12636-VFP<br><br>Hearing Date: April 2, 2020<br><br>Judge: Vincent F. Papalia |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 18, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Gilberto A. Londono and Angela M. Londono
Case No.: 18-12636-VFP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing, LLC, as servicing agent for Deutche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 206-WMC2 ("Creditor"), and whereas the Debtor sand Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **261 East 16th Street, Paterson, New Jersey 07524** ("Property") provided that the Debtors complies with the following:

   a. The Debtor shall cure the post-petition arrearage amount of $1,599.82 by making 1 payment of $1,599.82 on or before March 31, 2020; and

   b. The Debtor shall resume making regular monthly payments in the amount of $1,599.82 as they become due beginning with the April 1, 2020 payment.

2. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtors fail to make any payment due to Movant under the Chapter 13 Plan.

3. If the Debtors fail to cure the default within thirty (30) days from the date of default, Movant may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the Property.

4. Movant is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/Paola D. Vera* | */s/Gavin N. Stewart* |
| Paola D. Vera, Esq. | Gavin N. Stewart, Esq. |
| Cabanillas & Associates PC | Stewart Legal Group, P.L. |
| 120 Bloomingdale Road, Ste. 400 | 401 East Jackson Street, Suite 2340 |
| White Plains, NY 10605 | Tampa, FL 33626 |