UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with
D.N.J.LBR 9004-1

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Gilberto A. Londono
Angela M. Londono

Debtors.

Order Filed on March 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 18-12636-VFP

Hearing Date: April 2, 2020

Judge: Vincent F. Papalia

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 18, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Gilberto A. Londono and Angela M. Londono |
| Case No.: | 18-12636-VFP |
| Caption of Order: | **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing, LLC, as servicing agent for Deutche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 206-WMC2 ("Creditor"), and whereas the Debtor sand Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **261 East 16th Street, Paterson, New Jersey 07524** ("Property") provided that the Debtors complies with the following:

    a. The Debtor shall cure the post-petition arrearage amount of $1,599.82 by making 1 payment of $1,599.82 on or before March 31, 2020; and

    b. The Debtor shall resume making regular monthly payments in the amount of $1,599.82 as they become due beginning with the April 1, 2020 payment.

2. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtors fail to make any payment due to Movant under the Chapter 13 Plan.

3. If the Debtors fail to cure the default within thirty (30) days from the date of default, Movant may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the Property.

4.   Movant is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/Paola D. Vera*  
Paola D. Vera, Esq.  
Cabanillas & Associates PC  
120 Bloomingdale Road, Ste. 400  
White Plains, NY 10605

*/s/Gavin N. Stewart*  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street, Suite 2340  
Tampa, FL 33626

United States Bankruptcy Court
District of New Jersey

In re:  
Gilberto A. Londono  
Angela M. Londono  
    Debtors

Case No. 18-12636-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 18, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.  
db/jdb      +Gilberto A. Londono,    Angela M. Londono,    261 East 16th Street,    Apt. 1,  
         Paterson, NJ 07524-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:

         Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com,  
          nj-ecfmail@ecf.courtdrive.com  
         Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et  
          Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Gavin Stewart   on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for  
          Deutsche Bank National Trust Company, gavin@stewartlegalgroup.com  
         Marie-Ann Greenberg   magecf@magtrustee.com  
         Melissa S DiCerbo   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited  
          Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com  
         Melissa S DiCerbo   on behalf of Creditor   Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com,  
          nj-ecfmail@ecf.courtdrive.com  
         Paola D. Vera   on behalf of Joint Debtor Angela M. Londono pvera@cabanillaslaw.com,  
          bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com  
         Paola D. Vera   on behalf of Debtor Gilberto A. Londono pvera@cabanillaslaw.com,  
          bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com  
         Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et  
          Al... rsolarz@kmllawgroup.com  
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 10