UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Cabanillas & Associates, PC**
**Paola D. Vera, Esq.**
**120 Bloomingdale Rd., Suite 400**
**White Plains, NY 10605**
**914-385-0292**

-------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| In Re: | Case No.: 18-12636 |
| Gilberto A. Londono and | |
| Angela M. Londono | Hearing Date: 6/1/23 |
| | Chapter: 13 |
| | Judge: VFP |

### ORDER AUTHORIZING SETTLEMENT OF PERSONAL INJURY ACTION

The relief set forth on the following pages numbered (2) is **ORDERED**

After review of the Debtor's Motion to Approve Settlement of Debtors' personal injury action

**IT IS** Hereby **ORDERED** as follows:

1. The Debtors, Gilberto A. Londono and Angela M. Londono are authorized to settle their personal injury action.
2. The amount of $9,353.15 is claimed as exempt and may be paid to the debtors'.
3. Other provisions:

{02419129 /1 }