Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12636−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gilberto A. Londono | Angela M. Londono |
| 261 East 16th Street | 261 East 16th Street |
| Apt. 1 | Apt. 1 |
| Paterson, NJ 07524 | Paterson, NJ 07524 |

Social Security No.:
xxx−xx−9506                                             xxx−xx−5499

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/18/23 at 10:00 AM

to consider and act upon the following:

*59* − Application re: Application of Retention Filed by Paola D. Vera on behalf of Angela M. Londono, Gilberto A. Londono. Objection deadline is 5/15/2023. (Attachments: # 1 Exhibit # 2 Exhibit) (Vera, Paola)

*61* − Limited Objection to Application for Retention of Professional (related document:59 Application re: Application of Retention Filed by Paola D. Vera on behalf of Angela M. Londono, Gilberto A. Londono. Objection deadline is 5/15/2023. (Attachments: # 1 Exhibit # 2 Exhibit) filed by Debtor Gilberto A. Londono, Joint Debtor Angela M. Londono) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/9/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court