UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on May 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Cabanillas & Associates, PC**
**Paola D. Vera, Esq.**
**120 Bloomingdale Rd., Suite 400**
**White Plains, NY 10605**
**914-385-0292**

---

In Re:

Gilberto A. Londono and
Angela M. Londono

Case No.: 18-12636

Hearing Date: 6/1/23

Chapter: 13

Judge:  VFP

## ORDER AUTHORIZING SETTLEMENT OF PERSONAL INJURY ACTION

The relief set forth on the following pages numbered (2) is **ORDERED**

**DATED: May 22, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

{02419129 /1 }

After review of the Debtor's Motion to Approve Settlement of Debtors' personal injury action, and due notice having been given, and for good cause shown,

**IT IS** Hereby **ORDERED** as follows:

1. The Debtors, Gilberto A. Londono and Angela M. Londono are authorized to settle their personal injury action.
2. The amount of $9,353.15 is claimed as exempt and may be paid to the debtors.
3. Other provisions: N/A