UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paola D. Vera, Esq.
Cabanillas & Associates, PC
120 Bloomingdale Rd.
White Plains, NY 10605

Order Filed on May 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Gilberto A. Londono and Angela M. Londono

Case No.: 18-12636
Chapter: 13
Judge: VFP

# ORDER AUTHORIZING RETENTION OF

PETER N. DAVIS, ESQ.

The relief set forth on the following page is **ORDERED**.

**DATED: May 22, 2023**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____**PETER N. DAVIS, ESQ.**_____ as _____**Personal Injury Attorney**_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 100 Hamilton Plaza
   Paterson, NJ 07505
   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 18-12636-VFP
Gilberto A. Londono                                                                      Chapter 13
Angela M. Londono
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin                    Page 1 of 2
Date Rcvd: May 22, 2023      Form ID: pdf903                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gilberto A. Londono, Angela M. Londono, 261 East 16th Street, Apt. 1, Paterson, NJ 07524-2500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2023          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:

**Name**                **Email Address**

Alexandra T. Garcia
    on behalf of Creditor Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, bk@stewartlegalgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa S DiCerbo
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 22, 2023 | Form ID: pdf903 | Total Noticed: 1

Melissa S DiCerbo
    on behalf of Creditor Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Paola D. Vera
    on behalf of Joint Debtor Angela M. Londono pvera@cabanillaslaw.com
    bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

Paola D. Vera
    on behalf of Debtor Gilberto A. Londono pvera@cabanillaslaw.com
    bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9