Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE  7, 2023

### Chapter 13 Case # 18-12636

Re:  GILBERTO A. LONDONO
ANGELA M. LONDONO
261 EAST 16TH STREET
APT. 1
PATERSON, NJ  07524

Atty:  CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $127,568.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/05/2018 | $1,985.00 | 1468804260 | 04/06/2018 | $1,985.00 | 1468804374 |
| 05/02/2018 | $2,131.00 | 4881251000 | 06/01/2018 | $2,131.00 | 4954076000 |
| 07/06/2018 | $2,131.00 | 5049981000 | 08/07/2018 | $2,131.00 | 5137290000 |
| 09/04/2018 | $2,131.00 | 5206656000 | 10/03/2018 | $2,131.00 | 5284226000 |
| 11/02/2018 | $2,131.00 | 5363300000 | 12/10/2018 | $2,131.00 | 5457945000 |
| 01/14/2019 | $2,131.00 | 5538077000 | 02/06/2019 | $2,131.00 | 5602095000 |
| 03/06/2019 | $2,131.00 | 5682115000 | 04/15/2019 | $2,131.00 | 5784078000 |
| 05/13/2019 | $2,131.00 | 5856704000 | 06/24/2019 | $2,131.00 | 5959010000 |
| 08/02/2019 | $2,131.00 | 6060555000 | 09/03/2019 | $2,131.00 | 6143726000 |
| 09/30/2019 | $2,131.00 | 6213199000 | 10/28/2019 | $2,131.00 | 6283184000 |
| 12/02/2019 | $2,131.00 | 6365851000 | 01/06/2020 | $2,131.00 | 6460337000 |
| 02/10/2020 | $2,131.00 | 6549948000 | 03/02/2020 | $2,131.00 | 6605941000 |
| 03/31/2020 | $2,131.00 | 6673910000 | 05/01/2020 | $2,131.00 | 6749138000 |
| 05/13/2020 | $2,131.00 | 6786622000 | 06/11/2020 | $2,131.00 | 6857452000 |
| 07/24/2020 | $2,131.00 | 6959610000 | 08/19/2020 | $2,131.00 | 7021027000 |
| 10/01/2020 | $2,131.00 | 7123213000 | 11/02/2020 | $2,131.00 | 7200111000 |
| 12/01/2020 | $2,131.00 | 7274822000 | 01/04/2021 | $2,131.00 | 7344234000 |
| 02/01/2021 | $2,131.00 | 7417662000 | 03/01/2021 | $2,131.00 | 7483195000 |
| 03/31/2021 | $2,131.00 | 7563828000 | 05/03/2021 | $2,131.00 | 7637408000 |
| 06/02/2021 | $2,131.00 | 7706176000 | 06/30/2021 | $2,131.00 | 7776187000 |
| 08/02/2021 | $2,131.00 | 7849555000 | 08/30/2021 | $2,131.00 | 7908443000 |
| 10/01/2021 | $2,131.00 | 7982194000 | 11/01/2021 | $2,131.00 | 8050644000 |
| 11/08/2021 | $2,131.00 | 8071235000 | 12/02/2021 | $2,131.00 | 8120094000 |
| 01/03/2022 | $2,131.00 | 8184182000 | 02/02/2022 | $2,131.00 | 8249523000 |
| 03/02/2022 | $2,131.00 | 8311846000 | 04/04/2022 | $2,131.00 | 8379854000 |
| 05/03/2022 | $2,131.00 | 8445548000 | 06/06/2022 | $2,131.00 | 8509184000 |
| 07/05/2022 | $2,131.00 | 8567839000 | 08/19/2022 | $2,131.00 | 8657161000 |
| 09/07/2022 | $2,131.00 | 8695577000 | 10/05/2022 | $2,131.00 | 8750451000 |

**Chapter 13 Case # 18-12636**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 11/04/2022 | $2,131.00 | 8808310000 | 12/19/2022 | $2,131.00 | 8889762000 |
| 01/17/2023 | $2,131.00 | 8944156000 | 02/17/2023 | $2,131.00 | 9002760000 |
| 03/16/2023 | $2,133.00 | 9056939000 | | | |

**Total Receipts: $129,701.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $129,701.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 7,060.55 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | 1ST CRD SRVC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 52,912.62 | * | 1,762.68 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,701.70 | * | 891.45 | |
| 0005 | CITIFINANCIA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | COMENITY BANK/BLAIR | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | COMENITY BANK/KINGSI | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 1,691.45 | * | 558.11 | |
| 0009 | COMENITY CAPITAL/MPRC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 1,849.56 | * | 610.28 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 237.98 | * | 78.52 | |
| 0012 | CONVERGENT OUTSOURCING, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FIRST NATIONAL CREDIT CARD/LEGACY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 615.55 | * | 203.11 | |
| 0017 | FST PREMIER | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | MABT/CONTFIN | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 586.53 | * | 193.53 | |
| 0021 | SALUTE/ATLANTICUS | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 97,470.48 | 100.00% | 97,470.48 | |
| 0024 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | QUANTUM3 GROUP LLC | UNSECURED | 439.46 | * | 145.00 | |
| 0026 | SYNCHRONY BANK/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 649.41 | * | 214.28 | |
| 0030 | WELLS FARGO BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | WELLS FARGO HM MORTGAG | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,007.75 | * | 332.51 | |
| 0035 | MIDLAND FUNDING, LLC | UNSECURED | 887.49 | * | 292.83 | |
| 0036 | MIDLAND FUNDING LLC | UNSECURED | 2,619.25 | * | 864.25 | |
| 0037 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 207.13 | * | 68.35 | |
| 0041 | RAB PERFORMANCE RECOVERIES LLC | UNSECURED | 1,133.36 | * | 373.96 | |
| 0042 | RAB PERFORMANCE RECOVERIES LLC | UNSECURED | 669.24 | * | 220.82 | |
| 0043 | DEUTSCHE BANK NATIONAL TRUST COM | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |

**Total Paid:  $111,871.71**

See Summary

**Chapter 13 Case # 18-12636**

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 04/18/2022 | $8.55 | 889284 | | 05/16/2022 | $81.45 | 890986 |
| | 05/16/2022 | $33.57 | 890986 | | 06/20/2022 | $30.39 | 892674 |
| | 06/20/2022 | $81.45 | 892674 | | 07/18/2022 | $81.46 | 894396 |
| | 07/18/2022 | $30.37 | 894396 | | 08/15/2022 | $30.39 | 895970 |
| | 08/15/2022 | $81.45 | 895970 | | 09/19/2022 | $81.46 | 897567 |
| | 09/19/2022 | $30.38 | 897567 | | 10/17/2022 | $30.38 | 899234 |
| | 10/17/2022 | $81.45 | 899234 | | 11/14/2022 | $79.76 | 900810 |
| | 11/14/2022 | $29.76 | 900810 | | 12/12/2022 | $29.75 | 902366 |
| | 12/12/2022 | $79.77 | 902366 | | 02/13/2023 | $79.77 | 905378 |
| | 02/13/2023 | $29.75 | 905378 | | 03/13/2023 | $29.75 | 906991 |
| | 03/13/2023 | $79.76 | 906991 | | 04/17/2023 | $75.12 | 908577 |
| | 04/17/2023 | $28.02 | 908577 | | | | |
| COMMUNITY LOAN SERVICING LLC | | | | | | | |
| | 04/18/2022 | $167.38 | 889085 | | 05/16/2022 | $1,595.30 | 890811 |
| | 06/20/2022 | $1,595.24 | 892476 | | 07/18/2022 | $1,595.25 | 894215 |
| | 08/15/2022 | $1,595.27 | 895776 | | 09/19/2022 | $1,595.27 | 897372 |
| | 10/05/2022 | ($1,595.24) | 892476 | | 10/05/2022 | ($1,595.27) | 0 |
| | 10/05/2022 | ($1,595.25) | 0 | | 10/19/2022 | ($1,595.27) | 0 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | | | | | | | |
| | 06/18/2018 | $5,761.62 | 803537 | | 07/16/2018 | $2,015.93 | 805541 |
| | 08/20/2018 | $2,015.93 | 807398 | | 09/17/2018 | $2,067.07 | 809386 |
| | 10/22/2018 | $2,067.07 | 811276 | | 11/19/2018 | $2,009.53 | 813232 |
| | 12/17/2018 | $2,009.53 | 815109 | | 01/14/2019 | $2,009.53 | 817037 |
| | 03/18/2019 | $4,019.06 | 820858 | | 04/15/2019 | $2,009.53 | 822894 |
| | 05/20/2019 | $2,009.53 | 824855 | | 06/17/2019 | $2,045.76 | 826924 |
| | 08/19/2019 | $2,045.76 | 830667 | | 09/16/2019 | $2,045.76 | 832743 |
| | 10/21/2019 | $2,099.04 | 834705 | | 11/18/2019 | $2,099.04 | 836818 |
| | 12/16/2019 | $2,020.19 | 838758 | | 01/13/2020 | $2,020.19 | 840643 |
| | 02/10/2020 | $2,020.19 | 842521 | | 03/16/2020 | $2,020.19 | 844389 |
| | 04/20/2020 | $1,999.40 | 846339 | | 04/20/2020 | $20.79 | 846339 |
| | 05/18/2020 | $20.79 | 848304 | | 05/18/2020 | $1,999.40 | 848304 |
| | 06/15/2020 | $3,796.32 | 849991 | | 06/15/2020 | $39.48 | 849991 |
| | 07/20/2020 | $20.29 | 851745 | | 07/20/2020 | $1,950.89 | 851745 |
| | 09/21/2020 | $3,901.78 | 855399 | | 09/21/2020 | $40.58 | 855399 |
| | 11/16/2020 | $20.29 | 859113 | | 11/16/2020 | $1,950.89 | 859113 |
| | 12/21/2020 | $1,950.89 | 860880 | | 12/21/2020 | $20.29 | 860880 |
| | 01/11/2021 | $20.29 | 862778 | | 01/11/2021 | $1,950.89 | 862778 |
| | 02/22/2021 | $1,950.89 | 864307 | | 02/22/2021 | $20.29 | 864307 |
| | 03/15/2021 | $20.29 | 866284 | | 03/15/2021 | $1,950.89 | 866284 |
| | 04/19/2021 | $1,950.89 | 867845 | | 04/19/2021 | $20.29 | 867845 |
| | 05/17/2021 | $20.29 | 869800 | | 05/17/2021 | $1,950.89 | 869800 |
| | 06/21/2021 | $1,982.52 | 871559 | | 06/21/2021 | $20.62 | 871559 |
| | 07/19/2021 | $20.62 | 873419 | | 07/19/2021 | $1,982.52 | 873419 |
| | 08/16/2021 | $1,982.52 | 875111 | | 08/16/2021 | $20.62 | 875111 |
| | 09/20/2021 | $20.62 | 876829 | | 09/20/2021 | $1,982.52 | 876829 |
| | 10/18/2021 | $1,982.53 | 878627 | | 10/18/2021 | $20.61 | 878627 |
| | 11/17/2021 | $20.83 | 880337 | | 11/17/2021 | $2,003.62 | 880337 |
| | 12/13/2021 | $4,007.23 | 881992 | | 12/13/2021 | $41.67 | 881992 |
| | 01/10/2022 | $20.84 | 883631 | | 01/10/2022 | $2,003.61 | 883631 |
| | 02/14/2022 | $2,003.62 | 885300 | | 02/14/2022 | $20.83 | 885300 |
| | 03/14/2022 | $20.84 | 887035 | | 03/14/2022 | $2,003.61 | 887035 |
| | 04/18/2022 | $1,821.71 | 888689 | | 04/18/2022 | $18.94 | 888689 |

**Chapter 13 Case # 18-12636**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 05/16/2022 | $21.64 | 8002838 | | 05/16/2022 | $20.50 | 8002838 |
| | 06/20/2022 | $18.56 | 8002891 | | 06/20/2022 | $19.57 | 8002891 |
| | 07/18/2022 | $19.58 | 8002949 | | 07/18/2022 | $18.56 | 8002949 |
| | 08/15/2022 | $18.56 | 8003001 | | 08/15/2022 | $19.58 | 8003001 |
| | 09/19/2022 | $19.58 | 8003047 | | 09/19/2022 | $18.56 | 8003047 |
| | 10/17/2022 | $18.56 | 8003102 | | 10/17/2022 | $19.58 | 8003102 |
| | 11/14/2022 | $19.18 | 8003147 | | 11/14/2022 | $18.17 | 8003147 |
| | 12/12/2022 | $18.18 | 8003203 | | 12/12/2022 | $19.17 | 8003203 |
| | 02/13/2023 | $19.16 | 8003310 | | 02/13/2023 | $18.16 | 8003310 |
| | 03/13/2023 | $18.18 | 8003366 | | 03/13/2023 | $19.19 | 8003366 |
| | 04/17/2023 | $18.05 | 8003420 | | 04/17/2023 | $17.12 | 8003420 |
| MIDLAND FUNDING LLC | | | | | | | |
| | 04/18/2022 | $8.29 | 888649 | | 05/16/2022 | $78.95 | 890424 |
| | 06/20/2022 | $78.98 | 892074 | | 07/18/2022 | $78.97 | 893843 |
| | 08/15/2022 | $78.96 | 895422 | | 09/19/2022 | $78.97 | 896987 |
| | 10/17/2022 | $78.97 | 898690 | | 11/14/2022 | $77.34 | 900267 |
| | 12/12/2022 | $77.33 | 901852 | | 02/13/2023 | $77.32 | 904848 |
| | 03/13/2023 | $77.34 | 906476 | | 04/17/2023 | $72.83 | 908029 |
| MIDLAND FUNDING, LLC | | | | | | | |
| | 05/16/2022 | $29.56 | 891322 | | 06/20/2022 | $26.76 | 893028 |
| | 07/18/2022 | $26.76 | 894703 | | 08/15/2022 | $26.76 | 896286 |
| | 09/19/2022 | $26.75 | 897908 | | 10/17/2022 | $26.76 | 899552 |
| | 11/14/2022 | $26.20 | 901119 | | 12/12/2022 | $26.20 | 902666 |
| | 02/13/2023 | $26.21 | 905704 | | 03/13/2023 | $26.20 | 907310 |
| | 04/17/2023 | $24.67 | 908923 | | | | |
| PINNACLE CREDIT SERVICES LLC | | | | | | | |
| | 05/16/2022 | $6.90 | 890467 | | 06/20/2022 | $6.24 | 892121 |
| | 07/18/2022 | $6.25 | 893884 | | 08/15/2022 | $6.24 | 895454 |
| | 09/19/2022 | $6.25 | 897023 | | 10/17/2022 | $6.24 | 898725 |
| | 11/14/2022 | $6.12 | 900299 | | 12/12/2022 | $6.11 | 901881 |
| | 02/13/2023 | $6.12 | 904876 | | 03/13/2023 | $6.11 | 906504 |
| | 04/17/2023 | $5.77 | 908058 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/16/2022 | $19.54 | 8002843 | | 06/20/2022 | $17.68 | 8002892 |
| | 07/18/2022 | $17.69 | 8002950 | | 08/15/2022 | $17.68 | 8002997 |
| | 09/19/2022 | $17.68 | 8003048 | | 10/17/2022 | $17.68 | 8003103 |
| | 11/14/2022 | $17.32 | 8003148 | | 12/12/2022 | $17.32 | 8003201 |
| | 02/13/2023 | $17.32 | 8003309 | | 03/13/2023 | $17.31 | 8003367 |
| | 04/17/2023 | $16.31 | 8003414 | | | | |

**Chapter 13 Case # 18-12636**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/18/2022 | $5.35 | 8002787 | | 04/18/2022 | $5.85 | 8002787 |
| | 05/16/2022 | $55.76 | 8002840 | | 05/16/2022 | $7.92 | 8002840 |
| | 05/16/2022 | $51.00 | 8002840 | | 05/16/2022 | $14.64 | 8002840 |
| | 06/20/2022 | $13.25 | 8002894 | | 06/20/2022 | $50.99 | 8002894 |
| | 06/20/2022 | $7.18 | 8002894 | | 06/20/2022 | $55.77 | 8002894 |
| | 07/18/2022 | $55.76 | 8002945 | | 07/18/2022 | $7.17 | 8002945 |
| | 07/18/2022 | $51.00 | 8002945 | | 07/18/2022 | $13.25 | 8002945 |
| | 08/15/2022 | $13.25 | 8002995 | | 08/15/2022 | $50.99 | 8002995 |
| | 08/15/2022 | $7.18 | 8002995 | | 08/15/2022 | $55.76 | 8002995 |
| | 09/19/2022 | $55.76 | 8003042 | | 09/19/2022 | $7.17 | 8003042 |
| | 09/19/2022 | $51.00 | 8003042 | | 09/19/2022 | $13.24 | 8003042 |
| | 10/17/2022 | $13.26 | 8003097 | | 10/17/2022 | $50.99 | 8003097 |
| | 10/17/2022 | $7.18 | 8003097 | | 10/17/2022 | $55.76 | 8003097 |
| | 11/14/2022 | $54.61 | 8003146 | | 11/14/2022 | $7.02 | 8003146 |
| | 11/14/2022 | $49.95 | 8003146 | | 11/14/2022 | $12.97 | 8003146 |
| | 12/12/2022 | $12.97 | 8003198 | | 12/12/2022 | $49.92 | 8003198 |
| | 12/12/2022 | $7.03 | 8003198 | | 12/12/2022 | $54.61 | 8003198 |
| | 02/13/2023 | $54.61 | 8003305 | | 02/13/2023 | $7.03 | 8003305 |
| | 02/13/2023 | $49.95 | 8003305 | | 02/13/2023 | $12.98 | 8003305 |
| | 03/13/2023 | $12.97 | 8003364 | | 03/13/2023 | $49.94 | 8003364 |
| | 03/13/2023 | $7.02 | 8003364 | | 03/13/2023 | $54.60 | 8003364 |
| | 04/17/2023 | $51.43 | 8003416 | | 04/17/2023 | $6.62 | 8003416 |
| | 04/17/2023 | $47.03 | 8003416 | | 04/17/2023 | $12.22 | 8003416 |
| RAB PERFORMANCE RECOVERIES LLC | | | | | | | |
| | 05/16/2022 | $37.75 | 890425 | | 05/16/2022 | $22.29 | 890425 |
| | 06/20/2022 | $20.18 | 892075 | | 06/20/2022 | $34.17 | 892075 |
| | 07/18/2022 | $34.17 | 893844 | | 07/18/2022 | $20.18 | 893844 |
| | 08/15/2022 | $20.17 | 895423 | | 08/15/2022 | $34.18 | 895423 |
| | 09/19/2022 | $34.17 | 896988 | | 09/19/2022 | $20.18 | 896988 |
| | 10/17/2022 | $20.18 | 898691 | | 10/17/2022 | $34.17 | 898691 |
| | 11/14/2022 | $33.46 | 900268 | | 11/14/2022 | $19.76 | 900268 |
| | 12/12/2022 | $19.75 | 901853 | | 12/12/2022 | $33.45 | 901853 |
| | 02/13/2023 | $33.47 | 904849 | | 02/13/2023 | $19.77 | 904849 |
| | 03/13/2023 | $19.75 | 906477 | | 03/13/2023 | $33.46 | 906477 |
| | 04/17/2023 | $31.51 | 908030 | | 04/17/2023 | $18.61 | 908030 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 07, 2023.

Receipts: $129,701.00   -   Paid to Claims: $104,811.16   -   Admin Costs Paid: $7,060.55   =   Funds on Hand: $17,829.29

Base Plan Amount: $127,568.00   -   Receipts: $129,701.00   =   Total Unpaid Balance: **($2,133.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.