| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Gilberto A. Londono<br>Angela M. Londono | Case No.: | 18-12636 |
| | Chapter: | 13 |
| | Judge: | VFP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Gilberto A. Londono and Angela M. Londono , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: June 19, 2023 _____

_Angela M. Londoño_
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*