Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18−12636−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gilberto A. Londono | Angela M. Londono |
| 261 East 16th Street | 261 East 16th Street |
| Apt. 1 | Apt. 1 |
| Paterson, NJ 07524 | Paterson, NJ 07524 |

Social Security No.:
xxx−xx−9506                                         xxx−xx−5499

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 21, 2023                    Vincent F. Papalia
                                           Judge, United States Bankruptcy Court