**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gilberto A. Londono | Social Security number or ITIN    xxx–xx–9506 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | Angela M. Londono | Social Security number or ITIN    xxx–xx–5499 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–12636–VFP

# Order of Discharge                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gilberto A. Londono                    Angela M. Londono

8/21/23                                         **By the court:** <u>Vincent F. Papalia</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Gilberto A. Londono  
Angela M. Londono  
    Debtors

Case No. 18-12636-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Aug 21, 2023     Form ID: 3180W     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gilberto A. Londono, Angela M. Londono, 261 East 16th Street, Apt. 1, Paterson, NJ 07524-2500 |
| cr | + | Specialized Loan Servicing, LLC, as servicing agen, POB 340514, Tampa, FL 33694-0514 |
| 517326407 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 517326411 | + | Citifinancia, Attn: Bankruptcy, 605 Munn Dr, Fort Mill, SC 29715-8421 |
| 517326424 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Aug 22 2023 00:23:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517326408 | + | EDI: BANKAMER.COM | Aug 22 2023 00:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517326409 | + | EDI: LCIBAYLN | Aug 22 2023 00:23:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 517465167 | + | EDI: LCIBAYLN | Aug 22 2023 00:23:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| 517326410 | + | EDI: CAPITALONE.COM | Aug 22 2023 00:24:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517407574 | | EDI: CAPITALONE.COM | Aug 22 2023 00:24:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517326412 | + | EDI: WFNNB.COM | Aug 22 2023 00:24:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517326413 | + | EDI: WFNNB.COM | Aug 22 2023 00:24:00 | Comenity Bank/kingsi, Po Box 182125, Columbus, OH 43218-2125 |
| 517326414 | + | EDI: WFNNB.COM | Aug 22 2023 00:24:00 | Comenity Capital Bank/HSN, Po Box 182125, Columbus, OH 43218-2125 |
| 517326415 | + | EDI: WFNNB.COM | Aug 22 2023 00:24:00 | Comenity Capital/mprc, Po Box 182120, Columbus, OH 43218-2120 |
| 517326416 | + | EDI: WFNNB.COM | Aug 22 2023 00:24:00 | Comenitybank/venus, Comenity Bank, Po Box |

Case 18-12636-VFP    Doc 83    Filed 08/23/23    Entered 08/24/23 00:16:07    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | 182125, Columbus, OH 43218-2125 |
| 517326417 | + | EDI: WFNNB.COM | Aug 22 2023 00:24:00 | Comenitycapital/mrsota, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 519943822 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 21 2023 20:34:00 | Community Loan Servicing LLC, Attn: Cashiering Dept., 4425 Ponce De Leon Blvd. 5th Fl., Coral Gable, FL 33146-1839 |
| 518997629 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 21 2023 20:34:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518997628 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 21 2023 20:34:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517326418 | + | EDI: CONVERGENT.COM | Aug 22 2023 00:24:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 517326419 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2023 20:55:39 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517356101 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 21 2023 20:34:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517326421 | | Email/Text: BNSFN@capitalsvcs.com | Aug 21 2023 20:34:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 517326420 | + | EDI: BLUESTEM | Aug 22 2023 00:24:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517326422 | | EDI: AMINFOFP.COM | Aug 22 2023 00:24:00 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 517326423 | | EDI: AMINFOFP.COM | Aug 22 2023 00:24:00 | Fst Premier, 601 S Minneaoplis Ave, Sioux Falls, SD 57104 |
| 517425156 | | EDI: JEFFERSONCAP.COM | Aug 22 2023 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517326425 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2023 20:35:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517410447 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2023 20:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517326426 | | EDI: PRA.COM | Aug 22 2023 00:24:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517415509 | | EDI: PRA.COM | Aug 22 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517461635 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2023 20:44:46 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517430718 | + | EDI: JEFFERSONCAP.COM | Aug 22 2023 00:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517437990 | | EDI: Q3G.COM | Aug 22 2023 00:24:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517456347 | | EDI: Q3G.COM | Aug 22 2023 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517456310 | | EDI: Q3G.COM | Aug 22 2023 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 517521487 | + Email/Text: mary@rabperformance.com | | Aug 21 2023 20:36:00 | RAB Performance Recoveries, LLC, 700 KINDERKAMACK ROAD, SUITE 211, ORADELL, NJ 07649-1533 |
| 517326427 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | Aug 21 2023 20:34:00 | Salute/atlanticus, Po Box 105555, Atlanta, GA 30348-5555 |
| 517326428 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | Aug 21 2023 20:34:00 | Specialized Loan Servicing/SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517326886 | + EDI: RMSC.COM | | Aug 22 2023 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517326429 | + EDI: RMSC.COM | | Aug 22 2023 00:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517326430 | + EDI: RMSC.COM | | Aug 22 2023 00:23:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517326431 | + EDI: RMSC.COM | | Aug 22 2023 00:23:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517326432 | + EDI: WTRRNBANK.COM | | Aug 22 2023 00:24:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517326433 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | Aug 21 2023 20:34:00 | Tribute/atlanticus, Pob 105555, Atlanta, GA 30348-5555 |
| 517326435 | EDI: WFFC.COM | | Aug 22 2023 00:24:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517326434 | + EDI: WFFC2 | | Aug 22 2023 00:24:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | |
| | on behalf of Creditor Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | |

Case 18-12636-VFP    Doc 83    Filed 08/23/23    Entered 08/24/23 00:16:07    Desc Imaged
Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 21, 2023 | Form ID: 3180W | Total Noticed: 50 |

| | |
|---|---|
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Paola D. Vera | |
| | on behalf of Debtor Gilberto A. Londono pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| Paola D. Vera | |
| | on behalf of Joint Debtor Angela M. Londono pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10